CITY OF LAS VEGAS
BRADFORD R. JERBIC
City Attorney
Phillip R. Byrnes
Senior Litigation Counsel
Nevada Bar No. 166
pbyrnes@lasvegasnevada.gov
495 S. Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629 (office)
(702) 386-1749 (fax)
*Attorneys for City of Las Vegas*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LaVELLE,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS, NEVADA; AND ROBERT BROWN, POLICE OFFICER WITH LAS VEGAS METROPOLITAN POLICE DEPARTMENT, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES,<br><br>          Defendants. | CASE NO.  2:19-cv-01251-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO:**<br><br>• **PLAINTIFF'S COMPLAINT (ECF NO. 1); AND**<br><br>• **MOTION FOR PRELIMINARY INJUNCTION (ECF NO. 10)**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1, 6-2 and 7-1, plaintiff David LaVelle, defendant City of Las Vegas ("City"), and defendant Robert Brown, Police Officer with Las Vegas Metropolitan Police Department ("Brown"), by and through their respective counsel, hereby stipulate and respectfully request that the Court extend the deadline by three (3) weeks for the City and Brown to answer or otherwise respond to plaintiff's verified complaint ("Complaint"), ECF No. 1, as well as plaintiff's motion for preliminary injunction ("Motion"). (ECF No. 10). On August 13, 2019, the parties stipulated to allow the City and Brown additional time to respond to the Complaint and Motion to allow the defending parties sufficient time to conduct an investigation into plaintiff's allegations and to respond to the same. The City's and Brown's responses to the Motion and Complaint are presently due on Monday, August 19, 2019, and Monday, August 26, 2019, respectively.

City of Las Vegas
495 S. Main Street
Sixth Floor
Las Vegas, Nevada 89101
(702) 229-6629

1 of 2

This first extension request is not being sought to unduly delay the proceedings; rather, good cause exists for this extension as the defending parties require further time to investigate plaintiff's first amendment constitutional claims. The parties stipulate that the City and Brown will respond to the Motion by **Monday, September 9, 2019** and to the Complaint by **Monday, September 16, 2019**.

An additional three (3) weeks for the defending parties to file their responses will not alter the date of any event or any deadline already fixed by Court order.

IT IS HEREBY STIPULATED:

Dated this 19th day of August, 2019.

/s/ PHILIP BYRNES

PHILLIP R. BYRNES
Senior Litigation Counsel
CITY OF LAS VEGAS
Nevada Bar No. 166
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
egeorge@lasvegasnevada.gov
*Attorneys for City of Las Vegas*

Dated this 19th day of August, 2019.

/s/ NICHOLAS CROSBY

NICHOLAS D. CROSBY
MARQUIS AURBACH COFFING
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, NV 89145
ncrosby@maclaw.com
*Attorneys for Robert Brown, Police Officer with Las Vegas Metropolitan Police Department*

Dated this 19th day of August, 2019.

/s/ NATHAN KELLUM

NATHAN W. KELLUM
CENTER FOR RELIGIOUS EXRESSION
Tennessee Bar No. 13482
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117
nkellum@crelaw.org

DAVID J. MERRILL
DAVID J. MERRILL, PC
Nevada Bar No. 6060
10161 Park Run Drive, Suite 150
Las Vegas, NV  89145
david@djmerrillpc.com
*Attorneys for Plaintiff
David LaVelle*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: August 20, 2019

City of Las Vegas
495 S. Main Street
Sixth Floor
Las Vegas, Nevada 89101
(702) 229-6629

2 of 2