```
CITY OF LAS VEGAS
BRADFORD R. JERBIC
City Attorney
Philip R. Byrnes
Senior Litigation Counsel
Nevada Bar No. 166
pbyrnes@lasvegasnevada.gov
495 S. Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629 (office)
(702) 386-1749 (fax)
```
*Attorneys for City of Las Vegas*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LaVELLE,<br><br>        Plaintiff,<br>vs.<br><br>CITY OF LAS VEGAS, NEVADA; AND ROBERT BROWN, POLICE OFFICER WITH LAS VEGAS METROPOLITAN POLICE DEPARTMENT, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES,<br><br>        Defendants. | CASE NO. 2:19-cv-01251-JCM-CWH<br><br>**STIPULATION AND**<br>**ORDER TO EXTEND TIME FOR**<br>**DEFENDANTS TO RESPOND TO:**<br><br>• **PLAINTIFF'S COMPLAINT (ECF NO. 1); AND**<br><br>• **MOTION FOR PRELIMINARY INJUNCTION (ECF NO. 10)**<br><br>**(Second Request)** |

Pursuant to Local Rules IA 6-1, 6-2 and 7-1, plaintiff David LaVelle, defendant City of Las Vegas ("City"), and defendant Robert Brown, Police Officer with Las Vegas Metropolitan Police Department ("Brown"), by and through their respective counsel, hereby stipulate and respectfully request that the Court extend the deadline by one (1) additional week for the City and Brown to answer or otherwise respond to plaintiff's verified complaint ("Complaint"), ECF No. 1, as well as plaintiff's motion for preliminary injunction ("Motion"). (ECF No. 10). On August 20, 2019, the Court granted the parties' stipulation to allow the City and Brown additional time to respond to the Complaint and Motion to allow the defending parties sufficient time to conduct a thorough investigation into plaintiff's allegations and to respond to the same. The City's and Brown's responses to the Motion and Complaint are presently due on Monday, September 9, 2019, and Monday, September 16, 2019, respectively.

/ / /

City of Las Vegas
495 S. Main Street
Sixth Floor
Las Vegas, Nevada 89101
(702) 229-6629

1  This second extension request is not being sought to unduly delay the proceedings; rather,
2  good cause exists for this extension as the defending parties are working in good faith to
3  amicably resolve this case without further intervention from the Court. The parties stipulate that
4  the City and Brown will respond to the Motion by **Monday, September 16, 2019** and to the
5  Complaint by **Monday, September 23, 2019**, which should afford the parties sufficient time to
6  settle this dispute.

7  / / /
8  / / /
9  / / /
10 / / /
11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

City of Las Vegas
495 S. Main Street
Sixth Floor
Las Vegas, Nevada 89101
(702) 229-6629

An additional one (1) week for the defending parties to file their responses will not alter the date of any event or any deadline already fixed by Court order.

IT IS HEREBY STIPULATED:

Dated this 5th day of September, 2019.

*/s/ Elias P. George*
_____
PHILIP R. BYRNES
Senior Litigation Counsel
Nevada Bar No. 166
ELIAS P. GEORGE
Deputy City Attorney
Nevada Bar No. 12379
CITY OF LAS VEGAS
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
pbyrnes@lasvegasnevada.gov
egeorge@lasvegasnevada.gov
*Attorneys for City of Las Vegas*

Dated this 5th day of September, 2019.

*/s/ Jackie V. Nichols*
_____
NICHOLAS D. CROSBY
MARQUIS AURBACH COFFING
Nevada Bar No. 8996
JACKIE V. NICHOLS
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, NV 89145
ncrosby@maclaw.com
jnichols@maclaw.com
*Attorneys for Robert Brown, Police Officer with Las Vegas Metropolitan Police Department*

Dated this 5th day of September, 2019.

*/s/ Nathan W. Kellum*
_____
NATHAN W. KELLUM
CENTER FOR RELIGIOUS EXRESSION
Tennessee Bar No. 13482
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117
nkellum@crelaw.org

DAVID J. MERRILL
DAVID J. MERRILL, PC
Nevada Bar No. 6060
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
david@djmerrillpc.com
*Attorneys for Plaintiff David LaVelle*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: September 9, 2019

City of Las Vegas
495 S. Main Street
Sixth Floor
Las Vegas, Nevada 89101
(702) 229-6629

3 of 3