Nathan W. Kellum
TN Bar #13482; MS Bar #8813
Center for Religious Expression
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117
(901) 684-5485 - telephone
nkellum@crelaw.org

David J. Merrill
Nevada Bar No. 6060
David J. Merrill, PC
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Telephone: (702) 566-1935
David@djmerrillpc.com
*Local Counsel*

*Attorneys for Plaintiff David LaVelle*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LaVELLE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS, NEVADA; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; AND ROBERT BROWN, POLICE OFFICER WITH LAS VEGAS METROPOLITAN POLICE DEPARTMENT, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES,<br><br>Defendants. | CASE NO. 2:19-cv-01251-JCM- DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO:**<br><br>• **MOTION FOR PRELIMINARY INJUNCTION (ECF NO. 10)**<br><br>**(Third Request)** |

Pursuant to Local Rules IA 6-1, 6-2 and 7-1, plaintiff David LaVelle, defendant City of Las Vegas ("City"), defendant Robert Brown, Police Officer with Las Vegas Metropolitan Police Department ("Brown"), and Las Vegas Metropolitan Police Department ("Metro"), by and through their respective counsel, hereby stipulate and respectfully request that the Court extend the deadline by one (1) additional week for the City and Brown to answer or otherwise respond to plaintiff's motion for preliminary injunction ("Motion"). (ECF No. 10). On August 20, 2019, the Court granted the parties' stipulation to allow the City and Brown additional time to respond to the Complaint and Motion to allow the defending parties sufficient time to conduct a thorough investigation into plaintiff's allegations and to respond to the same. On September 6, the Court

1  granted the parties' second stipulation to allow the City and Brown additional time to respond to
2  the Complaint and Motion to allow the parties to pursue resolution of this case.  On September 9,
3  Plaintiff filed an Amended Complaint on September 9 including, as an additional party, Metro.
4  Responses to the Motion are presently due on Monday, September 16, 2019.

5      This third extension request is not being sought to unduly delay the proceedings; rather,
6  good cause exists for this extension as the parties are continuing to work in good faith to
7  amicably resolve this case without further intervention from the Court. The parties stipulate that
8  the City, Metro, and Brown will respond to the Motion by **Monday, September 23, 2019**, which
9  should afford the parties sufficient time to settle this dispute.
10 / / /
11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

An additional one (1) week for the defending parties to file their responses will not alter the date of any event or any deadline already fixed by Court order.

IT IS HEREBY STIPULATED:

Dated this 13th day of September, 2019.

/S/ ELIAS P. GEORGE

PHILIP R. BYRNES
Senior Litigation Counsel
Nevada Bar No. 166
ELIAS P. GEORGE
Deputy City Attorney
Nevada Bar No. 12379
CITY OF LAS VEGAS
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
pbyrnes@lasvegasnevada.gov
egeorge@lasvegasnevada.gov
*Attorneys for City of Las Vegas*

Dated this 13th day of September, 2019.

/S/ JACQUELINE V. NICHOLS

JACQUELINE V. NICHOLS
MARQUIS AURBACH COFFING
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, NV 89145
jnichols@maclaw.com
*Attorneys for Las Vegas Metropolitan Police Department and Robert Brown, Police Officer with Las Vegas Metropolitan Police Department*

Dated this 13th day of September, 2019.

/S/ NATHAN W. KELLUM

NATHAN W. KELLUM
CENTER FOR RELIGIOUS EXRESSION
Tennessee Bar No. 13482
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117
nkellum@crelaw.org

DAVID J. MERRILL
DAVID J. MERRILL, PC
Nevada Bar No. 6060
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
david@djmerrillpc.com
*Attorneys for Plaintiff David LaVelle*

IT IS SO ORDERED:

United States District Judge

DATED: September 13, 2019.