Nathan W. Kellum
TN Bar #13482; MS Bar #8813
Center for Religious Expression
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117
(901) 684-5485 - telephone
nkellum@crelaw.org

David J. Merrill
Nevada Bar No. 6060
David J. Merrill, PC
10161 Park Rune Drive, Suite 150
Las Vegas, NV 89145
Telephone: (702) 566-1935
David@djmerrillpc.com
*Local Counsel*

*Attorneys for Plaintiff David LaVelle*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LaVELLE,<br><br>               Plaintiff,<br>vs.<br><br>CITY OF LAS VEGAS, NEVADA; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; AND ROBERT BROWN, POLICE OFFICER WITH LAS VEGAS METROPOLITAN POLICE DEPARTMENT, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES,<br><br>               Defendants. | CASE NO.  2:19-cv-01251-JCM- DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO REPLY RE:**<br><br>   • **MOTION FOR PRELIMINARY INJUNCTION (ECF NO. 10)**<br><br>**(First Request)** |

       Pursuant to Local Rules IA 6-1, 6-2 and 7-1, plaintiff David LaVelle ("LaVelle"), defendant City of Las Vegas ("City"), defendant Robert Brown, Police Officer with Las Vegas Metropolitan Police Department ("Brown"), and Las Vegas Metropolitan Police Department ("Metro"), by and through their respective counsel, hereby stipulate and respectfully request that the Court extend the deadline by one (1) week for LaVelle to file a reply in support of his motion for preliminary injunction ("Motion"). (ECF No. 10).   The Court previously granted three stipulated extensions for Defendants to respond to the Motion in order to investigate LaVelle's allegations and pursue potential resolution of the motion and the case.  On September 23, the

City filed its Response, asserting that Ordinance § 11.68.105 is anticipated to be revised on October 2, 2019 and suggesting the change will affect some of LaVelle's claims.

LaVelle's Reply is presently due on Monday, September 30, 2019. This is LaVelle's first request for an extension, and it is not being sought to unduly delay the proceedings. Rather, good cause exists for this extension as the extension may result in narrowing the scope of the dispute and the requested injunction. The parties stipulate that LaVelle will file his Reply to the Motion by **Monday, October 7, 2019**.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

An additional one (1) week for LaVelle to file his Reply will not alter the date of any event or any deadline already fixed by Court order.

IT IS HEREBY STIPULATED:

Dated this 26th day of September, 2019.

/S/ ELIAS P. GEORGE
_____
PHILIP R. BYRNES
Senior Litigation Counsel
Nevada Bar No. 166
ELIAS P. GEORGE
Deputy City Attorney
Nevada Bar No. 12379
CITY OF LAS VEGAS
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
pbyrnes@lasvegasnevada.gov
egeorge@lasvegasnevada.gov
*Attorneys for City of Las Vegas*

Dated this 26th day of September, 2019.

/S/ JACQUELINE V. NICHOLS
_____
JACQUELINE V. NICHOLS
MARQUIS AURBACH COFFING
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, NV 89145
jnichols@maclaw.com
*Attorneys for Las Vegas Metropolitan Police Department and Robert Brown, Police Officer with Las Vegas Metropolitan Police Department*

Dated this 26th day of September, 2019.

/S/ NATHAN W. KELLUM
_____
NATHAN W. KELLUM
CENTER FOR RELIGIOUS EXRESSION
Tennessee Bar No. 13482
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117
nkellum@crelaw.org

DAVID J. MERRILL
DAVID J. MERRILL, PC
Nevada Bar No. 6060
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
david@djmerrillpc.com
*Attorneys for Plaintiff*
*David LaVelle*

IT IS SO ORDERED:

_____
Honorable James C. Mahan
United States District Judge

DATED: September 26, 2019