Nathan W. Kellum
TN Bar #13482; MS Bar #8813
Center for Religious Expression
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117
(901) 684-5485 - telephone
nkellum@crelaw.org

David J. Merrill
Nevada Bar No. 6060
David J. Merrill, PC
10161 Park Rune Drive, Suite 150
Las Vegas, NV 89145
Telephone: (702) 566-1935
David@djmerrillpc.com
*Local Counsel*

*Attorneys for Plaintiff David LaVelle*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID LaVELLE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS, NEVADA; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; AND ROBERT BROWN, POLICE OFFICER WITH LAS VEGAS METROPOLITAN POLICE DEPARTMENT, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES,<br><br>Defendants. | CASE NO. 2:19-cv-01251-JCM- DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO:**<br><br>• **MOTION TO DISMISS (ECF NO. 27)**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1, 6-2 and 7-1, plaintiff David LaVelle ("LaVelle"), defendant Robert Brown, Police Officer with Las Vegas Metropolitan Police Department ("Brown"), and Las Vegas Metropolitan Police Department ("Metro"), by and through their respective counsel, hereby stipulate and respectfully request that the Court extend the deadline by two (2) weeks for LaVelle to file a response in opposition to the Motion to Dismiss ("Motion") filed by Brown and Metro on September 23, 2019. (ECF No. 27). LaVelle's Response is presently due on Monday, October 7, 2019. This is LaVelle's first request for an extension to this motion, and it is not being sought to unduly delay the proceedings. Rather, good cause exists for this extension as Plaintiff is presently working on his Reply in support of

his Motion for Preliminary Injunction, and one of Plaintiff's counsel was recently out of the office ill for three days causing a significant backlog. The parties stipulate that LaVelle will file his Response to the Motion by **Monday, October 21, 2019**.

An additional two (2) weeks for LaVelle to file his Response will not alter the date of any event or any deadline already fixed by Court order.

IT IS HEREBY STIPULATED:

Dated this 4th day of October, 2019.

/s/ Jacqueline V. Nichols
_____
JACQUELINE V. NICHOLS
MARQUIS AURBACH COFFING
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, NV 89145
jnichols@maclaw.com
*Attorneys for Las Vegas Metropolitan Police Department and Robert Brown, Police Officer with Las Vegas Metropolitan Police Department*

Dated this 4th day of October, 2019.

/s/ Nathan W. Kellum
_____
NATHAN W. KELLUM
CENTER FOR RELIGIOUS EXRESSION
Tennessee Bar No. 13482
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117
nkellum@crelaw.org

DAVID J. MERRILL
DAVID J. MERRILL, PC
Nevada Bar No. 6060
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
david@djmerrillpc.com
*Attorneys for Plaintiff David LaVelle*

IT IS SO ORDERED:

_____
Honorable James C. Mahan
United States District Judge

DATED: October 7, 2019.