```
Marquis Aurbach Coffing
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
  Attorneys for Defendants LVMPD
  and Officer Robert Brown
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LAVELLE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS NEVADA; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; and ROBERT BROWN, Police Officer with Las Vegas Metropolitan Police Department in his official and individual capacities,<br><br>Defendants. | Case Number:<br>2:19-cv-01251-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S VERIFIED AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

The parties, by and through their undersigned counsel of record, and hereby agree and jointly stipulate that the LVMPD Defendants' Reply in Support of its Motion to Dismiss Plaintiff's Verified Amended Complaint [ECF No. 27], currently due on October 28, 2019, be extended to and including Monday, November 4, 2019.

. . .

. . .

. . .

. . .

. . .

. . .

MAC:14687-222 3879520_1 10/23/2019 11:02 AM

Counsel for LVMPD Defendants has several competing deadlines on October 28, 2019 and the parties have agreed to a one-week extension for LVMPD Defendants' reply deadline. This request for extension is made in good faith and necessary to provide additional time for preparation of the response and not for the purposes of delay. WHEREFORE, the parties respectfully request that the Reply be extended to and including Monday, November 4, 2019.

DATED this 23rd day of October, 2019

By: /s/ Nathan W. Kellum
Nathan W. Kellum, Esq.
(*pro hace vice*)
TN BAR #13482; MS BAR # 8813
Center for Religious Expression
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117

David J. Merrill, Esq.
Nevada Bar No. 6060
David J. Merrill, PC
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Local Counsel

Attorneys for Plaintiff David LaVelle

DATED this 23rd day of October, 2019
MARQUIS AURBACH COFFING

By: /s/ Jackie V. Nichols
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants LVMPD and
Officer Robert Brown

## ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED October 24, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND LVMPD DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S VERIFIED AMENDED COMPLAINT (FIRST REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 23rd day of October, 2019.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

_____
An employee of Marquis Aurbach Coffing

MAC:14687-222 3879520_1 10/23/2019 11:02 AM