Nathan W. Kellum
TN BAR #13482; MS BAR # 8813
Center for Religious Expression
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117
(901) 684-5485 – telephone
nkellum@crelaw.org

David J. Merrill
Nevada Bar No.: 6060
David J. Merrill, PC
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
Telephone: (702) 566-1935
david@djmerrillpc.com
*Local Counsel*

*Attorneys for Plaintiff David LaVelle*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LaVELLE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS, NEVADA; and ROBERT BROWN, police officer with LAS VEGAS METROPOLITAN POLICE DEPARTMENT in his official and individual capacities,<br><br>Defendants. | CASE NO. 2:19-cv-01251-JCM-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE DEFENDANT CITY OF LAS VEGAS ONLY** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and Local Rule 7-2, Plaintiff David LaVelle, and Defendant City of Las Vegas, by and through their counsel of record, hereby stipulate and respectfully request an Order dismissing this action with prejudice, as to Defendant City of Las Vegas only, subject only to the terms and conditions of the parties' settlement and release agreement.

This Court is respectfully asked to retain jurisdiction to enforce the settlement and release agreement in this action (only if necessary).

It is further stipulated and agreed that the parties are to bear their own attorney's fees and costs.

DATED this 30th day of March, 2020.   DATED this 30th day of March, 2020.

BRADFORD R. JERBIC   CENTER FOR RELIGIOUS EXPRESSION
City Attorney

By: s/Philip R. Byrnes   By: s/ Nathan W. Kellum
    PHILIP R. BYRNES       NATHAN W. KELLUM, ESQ.
    Chief Litigation Counsel       TN Bar No. 13482; MS Bar No. 8813
    Nevada Bar No. 166       699 Oakleaf Office Lane, Suite 107
    495 South Main Street, Sixth Floor       Memphis, TN 38117
    Las Vegas, NV 89101       Attorneys for Plaintiff
    Attorneys for City of Las Vegas

IT IS SO ORDERED.

Dated March 30, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE