UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID LAVELLE,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>CITY OF LAS VEGAS, NEVADA, et al.,<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:19-CV-1251 JCM (DJA)<br><br>ORDER |

　　　　Presently before the court are defendant Las Vegas Metropolitan Police Department's motions to extend deadline to file response and reply.  (ECF Nos. 65, 67).

　　　　On November 17, 2020, the parties jointly stipulated that "Defendant Las Vegas Metropolitan Police Department's Response to Plaintiff's Motion for Summary Judgment [ECF No. 59], currently due on November 17, 2020, be extended to and including Wednesday, November 25, 2020."  (ECF No. 63).  The instant motion requests an additional 7-day extension due to counsel's obligations in a separate matter.  (ECF No. 65).  Good cause appearing, this court grants the requested extension nunc pro tunc.  Thus, defendant's response on December 2, 2020, is timely.  (ECF No. 66).

　　　　Defendant also moves for a 5-day extension to reply on its motion for summary judgment, (ECF No. 60).  For the same reason as the foregoing, this court grants that motion as well.  (ECF No. 67).

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion for extension of time to file response (ECF No. 65) be, and the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that defendant's motion for extension of time to file reply (ECF No. 67) be, and the same hereby is, GRANTED.

DATED December 4, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**