**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendant Las Vegas Metropolitan Police Department

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID LAVELLE,<br><br>             Plaintiff,<br><br>vs.<br><br>CITY OF LAS VEGAS NEVADA; LAS VEGAS METROPOLITAN POLICE DEPARTMENT; and ROBERT BROWN, Police Officer with Las Vegas Metropolitan Police Department in his official and individual capacities,<br><br>             Defendants. | Case Number:<br>2:19-cv-01251-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

The parties, by and through their undersigned counsel of record, and hereby agree and jointly stipulate that Defendant Las Vegas Metropolitan Police Department's Response to Plaintiff's Motion for Summary Judgment [ECF No. 59], currently due on November 17, 2020, be extended to and including Wednesday, November 25, 2020.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

MAC:14687-222 4206403_1 11/17/2020 10:46 AM

Counsel for Defendant Las Vegas Metropolitan Police Department was ill last week and has had several competing deadlines and hearings in the past weeks and the parties have agreed to an 8-day extension for Defendant Las Vegas Metropolitan Police Department's response deadline. This request for extension is made in good faith and necessary to provide additional time for preparation of the response and not for the purposes of delay. WHEREFORE, the parties respectfully request that the Response be extended to and including Wednesday, November 25, 2020.

DATED this 17th day of November, 2020

By: /s/ Nathan W. Kellum
Nathan W. Kellum, Esq.
(*pro hace vice*)
TN BAR #13482; MS BAR # 8813
Center for Religious Expression
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117

David J. Merrill, Esq.
Nevada Bar No. 6060
David J. Merrill, PC
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Local Counsel

Attorneys for Plaintiff David LaVelle

DATED this 17th day of November, 2020
MARQUIS AURBACH COFFING

By: /s/ Jackie V. Nichols
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendant Las Vegas Metropolitan Police Department

## ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED December 11, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANT LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

**(FIRST REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 17th day of November, 20209.

☒  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐  I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach Coffing

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Page 3 of 3

MAC:14687-222 4206403_1 11/17/2020 10:46 AM