UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID LAVELLE,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>CITY OF LAS VEGAS, NEVADA, et al.,<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:19-CV-1251 JCM (DJA)<br><br>ORDER |

　　　　Presently before the court is the matter of *LaVelle v. City of Las Vegas*, case number 2:19-cv-1251-JCM-DJA.

　　　　On September 23, 2021, this court granted defendant Las Vegas Metropolitan Police Department ("LVMPD")'s motion for summary judgment. (ECF Nos. 60, 76). Judgment was entered in LVMPD's favor on that same day. (ECF No. 77). Plaintiff David LaVelle appealed. (ECF No. 79). On August 12, 2022, the Ninth Circuit affirmed in part, reversed in part, and remanded this case for further proceedings. (ECF No. 83). The order on mandate was entered on September 9, 2022. (ECF No. 86).

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the court's order granting summary judgment (ECF No. 76), be, and the same hereby is, VACATED as to LaVelle's *Monell* claim.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS FURTHER ORDERED that the parties shall file a JOINT STATUS REPORT
2  within fourteen (14) days of this order informing the court of the status of this case.
3  DATED September 9, 2022.

_____
UNITED STATES DISTRICT JUDGE