BRYAN K. SCOTT
City Attorney
Nevada Bar No. 4381
By: PHILIP R. BYRNES
Senior Litigation Counsel
Nevada Bar No. 166
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
(702) 229-6629
(702) 386-1749 (fax)
Email: pbyrnes@lasvegasnevada.gov
Attorneys for CITY OF LAS VEGAS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

David LaVelle,

        Plaintiff,

vs.

City of Las Vegas, Nevada; and Robert Brown, police officer with Las Vegas Metropolitan Police Department, in his official and individual capacities,

        Defendants.

CASE NO. 2:19-cv-1251-JCM-DJA

**MOTION TO REMOVE ATTORNEY FROM SERVICE LIST**

Defendant CITY OF LAS VEGAS, through BRYAN K. SCOTT, City Attorney, by PHILIP R. BYRNES, Senior Litigation Counsel, hereby requests the removal of Elias P. George from the CM/ECF Service List as he is no longer handling this matter.

DATED this 22ND day of September, 2022.

BRYAN K. SCOTT
City Attorney

By: _____
PHILIP R. BYRNES
Senior Litigation Counsel
Nevada Bar No. 166
495 South Main Street, Sixth Floor
Las Vegas, NV 89101
Attorneys for CITY OF LAS VEGAS

IT IS SO ORDERED.

DATED: 9/22/2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2022, I served a true and correct copy of the foregoing MOTION TO REMOVE ATTORNEY FROM SERVICE LIST through the CM/ECF system of the United States District Court for the District of Nevada (or, if necessary, by United States Mail at Las Vegas, Nevada, postage fully prepaid) upon the following:

Nathan W. Kellum, Esq.
CENTER FOR RELIGIOUS EXPRESSION
699 Oakleaf Office Lane, #107
Memphis, TN 38117
Attorneys for Plaintiff

David J. Merrill, Esq.
DAVID J. MERRILL, PC
10161 Park Run Drive, #150
Las Vegas, NV 89145
Attorneys for Plaintiff

Nick D. Crosby, Esq.
Jackie V. Nichols, Esq.
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, NV 89145
Attorneys for Defendants LVMPD and
OFFICER ROBERT BROWN

_/s/ Cindy Kelly_
AN EMPLOYEE OF THE CITY OF LAS VEGAS